```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                         EASTERN DIVISION

UNITED STATES OF AMERICA,        )
                                 )
          Plaintiff,             )
                                 )
     v.                          )    No. 4:05CR00494 ERW
                                 )
MIQUEL ADAN-VILLA, JESUS         )
ALDACO-TOVAR, MARCO              )
AROSCO-OROZCO, PATRICK BOYD,     )
ELOY GAMBOA-RAMOS, JEANNIE       )
HERNANDEZ, PERLA JARAMILLO,      )
OSCAR ORTIZ, SAUL VILLA-MEDINA.  )
                                 )
          Defendants.            )
```

**ORDER RELATING TO TRIAL**

This matter comes before the Court on Government's Motion for Findings of Fact to Set the Trial Date Beyond Limits Set by the Speedy Trial Act [doc. #38] and Amended Motion for Continuance of Trial Setting [doc. #41] by Defendant Saul Villar-Medina.

In this multi-defendant drug case, nine defendants are named in a long-term drug conspiracy count and forfeiture count. The indictment further sets forth an additional three counts charging drug trafficking offenses and one count of conspiracy to launder money. Of the nine defendants, only two have been arraigned at this point.

Counsel for the Government advises the Court that the discovery in this case is voluminous including Title III wiretaps on seven different telephones. It is anticipated that extensive pretrial motions will be filed requiring numerous evidentiary hearings and a report and recommendation by the United States

Magistrate Judge. As the remaining defendants are apprehended and arraigned, additional time will be necessary to adequately and properly investigate the case and prepare for trial in this matter.

This Court, upon careful consideration and on review of the record, finds that the ends of justice would be served by continuing the Trial Setting as to all Defendants to **January 23, 2006**, and that a continuance of these proceedings outweighs the best interest of the public and the defendants in a speedy trial. Furthermore, failure to grant a continuance would deny counsel for the government and defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Accordingly,

**IT IS HEREBY ORDERED** that Government's Motion for Findings of Fact to Set the Trial Date Beyond Limits Set by the Speedy Trial Act [doc. #38] and Amended Motion for Continuance of Trial Setting [doc. #41] by Defendant Saul Villar-Medina are **GRANTED**. Defendant Saul Villar-Medina and Defendant Marco Arosco-Orozco shall file with this Court a signed waiver of their rights under the Speedy Trial Act, 18 U.S.C. § 3161, no later than **September 30, 2005**.

**IT IS FURTHER ORDERED** that upon receipt of this signed waivers of speedy trial, the previous trial setting of November 14, 2005, will be **VACATED**, and **RESET** to **January 23, 2006**, at **8:30 a.m.**

So Ordered this  15th  Day of  September , 2005.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE